**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gouya Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff*,
Carrie Couser

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,,<br><br>Plaintiff,<br><br>v.<br><br>COAST TO COAST GRAND GETAWAYS, LLC; and, GRAND INCENTIVES, INC.<br><br>Defendants. | Case No.: EDCV 14-722 MMM (DTBx)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT COAST TO COAST GRAND GETAWAYS, LLC ONLY PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///
///
///
///
///

Plaintiff Carrie Couser ("Plaintiff") hereby moves to dismiss Defendant Coast to Coast Grand Getaways, LLC only **WITHOUT PREJUDICE.**

Plaintiff respectfully requests that Defendant Coast to Coast Grand Getaways, LLC only be dismissed **WITHOUT PREJUDICE.**

| | |
|---|---|
| Date: June 30, 2014 | **KAZEROUNI LAW GROUP, APC** |
| | By:   /s Gouya Ranekouhi  |
| | **ABBAS KAZEROUNIAN** |
| | **GOUYA RANEKOUHI** |
| | Attorneys for Plaintiff |

**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Drive, #725
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile:(866)633-0228