UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,**<br><br>       Plaintiff,<br><br>       v.<br><br>**COAST TO COAST GRAND GETAWAYS, LLC; and, GRAND INCENTIVES, INC.**<br><br>       Defendants. | Case No.:  EDCV 14-722 MMM (DTBx)<br><br>[~~PROPOSED~~] **ORDER OF VOLUNTARY DISMISSAL AS TO DEFENDANT COAST TO COAST GRAND GETAWAYS, LLC ONLY** |

   Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders Defendant Coast to Coast Grand Getaways, LLC to be, and is, dismissed **WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  **July 2, 2014**

_____
HON. MARGARET M. MORROW

PROOF OF SERVICE