JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> vs. <br><br> **COAST TO COAST GRANT GETAWAYS, LLC; and GRAND INCENTIVES, INC,** <br><br> Defendant. | Case No. 5:14-cv-00722-MMM-DTB <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated: March 4, 2015

_____
Margaret M. Morrow
United States District Judge

Order to Dismiss - 1